**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROBERT DICKSON,**

    **Plaintiff,**

v.                                           **Case No: 8:15-cv-1233-T-35MAP**

**KEVIN B. WILSON LAW OFFICES and**
**KEVIN B. WILSON,**

    **Defendants.**

_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Motion to Allow Pro Se Party CM/ECF Access (Dkt. 10) filed by *pro se* Defendants, Kevin B. Wilson and Kevin B. Wilson Law Offices.[1] Plaintiff has not filed a response and the time for doing so has passed. Accordingly, the Court considers the Motion as unopposed.

Upon consideration, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. The Courts directs the *pro se* Defendants to register for CM/ECF and create a single login and password by going to the Court's website at www.flmd.uscourts.gov under the CM/ECF – Login section. Further, the Court directs Defendants to enter an email

---

[1] In the Motion, Defendants inform the Court that Kevin B. Wilson operates Kevin B. Wilson Law Offices as a sole proprietorship. The Court finds that as a sole proprietorship, Defendant Kevin B. Wilson Law Offices is also entitled to proceed *pro se*. See TMR Multimedia, Inc. v. PHD Media, LLC, No. 09-61356-CIV-COHN, 2010 WL 2612336, at *1 (S.D. Fla. June 25, 2010) (citing National Independent Theatre Exhibitors. Inc. v. Buena Vista Distribution Co., 748 F.2d 602, 610 (11th Cir. 1984)).

address on the CM/ECF account and electronically file a notice of compliance with this Court's Order within **seven (7) days** of the date of this Order.

    **DONE** and **ORDERED** in Tampa, Florida, this 8th day of July, 2015.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

2